

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Timothy Gray Johnson and
Paquita Johnson,

\* From the 118th District Court
  of Howard County,
  Trial Court No. 53412.

Vs. No. 11-20-00123-CV

\* March 31, 2022

Martha Lawler Dunham,

\* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Timothy Gray Johnson and Paquita Johnson.